AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

Donna S. Todd
*Plaintiff*
v.  ) Civil Action No.  2:18-CV-20
)
)
)
Sunrise Family Healthcare, )
LLC and Ahmet H. Ali,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X   This case is dismissed with prejudice.

☐ other: _____.

This action was *(check one)*:

☐   tried by a jury with _____ presiding, and the jury rendered a verdict.

☐   tried _____ without a jury and the above was reached.

☐   decided by Judge _____ on a motion for _____.

Date:   May 7, 2018                                    *CLERK OF COURT*

                                                       s/Denise M. Shane

_____
*Signature of Clerk or Deputy Clerk*